Miller (et al., Appellant), *v.* Thomas Wynne, Inc.

Argued November 15, 1963. Before MUSMANNO, COHEN, O'BRIEN and ROBERTS, JJ.

*J. Grant McCabe, III,* with him *Thomas M. Schubert, Leo Vernon,* and *Broderick, Schubert & Fitz-Patrick,* for appellants.

*Harry Norman Ball,* with him *H. Donald Busch,* for appellee.

OPINION PER CURIAM, January 21, 1964:
Judgment affirmed. Appellants to bear costs.
Mr. Chief Justice BELL and Mr. Justice JONES took no part in the consideration or decision of this case.